THIS OPINION HAS NO PRECEDENTIAL
 VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
 EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
Nanette
 Middleton, Appellant,
v.
Christopher
 Mitchell, Respondent.
 
 
 

Appeal from Beaufort County
Robert S. Armstrong, Family Court Judge

Unpublished Opinion No.  2012-UP-004
Heard October 4, 2011  Filed January 4,
 2012

AFFIRMED

 
 
 
Brian Robert Murphy, of Fort Mill, for Appellant.
Diane Piazza DeWitt, of Beaufort, for Respondent.
 
 
 

PER CURIAM: Nanette
 Middleton appeals from the family court's order (1) finding Christopher
 Mitchell has a past-due child support obligation, including all applicable
 interest, of only $7,291.55 and (2) requiring Mitchell to pay $100 per month to
 Middleton, through the Beaufort County Family Court, until the obligation is
 satisfied.  The family court found Mitchell's obligation to make ongoing child support
 payments for his disabled, adult child is completely offset by the Social
 Security Disability payments the child receives as a result of Mitchell's work
 history and his own disability.  We find
 no error of law or abuse of discretion, and, therefore, we affirm the family
 court's order pursuant to Rule 220(b)(1), SCACR, and the following authorities: Lewis v. Lewis, 392 S.C. 381, 392, 709 S.E.2d 650, 655 (2011) ("[C]onsistent
 with our constitutional authority for de novo review, an appellant is
 not relieved of his burden to demonstrate error in the family court's findings
 of fact.  Consequently, the family court's factual findings will be affirmed
 unless appellant satisfies this court that the preponderance of the evidence is
 against the finding of the family court."); S.C. Code Ann. § 63-3-530
 (A)(17) (2010) (authorizing the family court to order child support past the
 age of eighteen "where there are physical or mental disabilities of the
 child"); Lovett v. Lovett, 311 S.C. 279, 281, 428 S.E.2d 874, 875-76
 (1993) (finding Social Security Disability payments received by children as a
 result of a parent's disability "operate as an offset in favor of a disabled parent only").  
AFFIRMED.
SHORT,
 WILLIAMS, and GEATHERS, JJ., concur.